NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PPC BROADBAND, INC.,**
*Appellant*

**v.**

**AMPHENOL CORP.,**
*Appellee*

---

2024-1776, 2024-1777, 2024-1778, 2024-1779

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00718, IPR2022-00719, IPR2022-00720, IPR2022-00721.

---

**JUDGMENT**

---

ROBERT KING HIGH, III, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Atlanta, GA, argued for appellant. Also represented by CORY C. BELL, Boston, MA; J. MICHAEL JAKES, Washington, DC.

GABRIEL K. BELL, Latham & Watkins LLP, Washington, DC, argued for appellee. Also represented by RICHARD A. LOWRY; RICHARD GREGORY FRENKEL, Menlo Park, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 4, 2026
Date

Jarrett B. Perlow
Clerk of Court